Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHUONG NGUYEN LE,<br><br>Defendant. | CASE NO.  MJ23-178<br><br>COMPLAINT for VIOLATION<br><br>Title 18 U.S.C., § 922(g)(1);<br>Title 21, U.S.C. §§ 841(a)(1), 841(b)(1)(C);<br>Title 18, U.S.C. § 924(c) |

BEFORE, the Honorable Brian A. Tsuchida, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1
### (Felon in Possession of a Firearm)

On or about February 24, 2023, in King County, within the Western District of Washington, PHUONG NGUYEN LE, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    a. *Distribution of Cocaine Base*, in United States District Court for the Western District of Washington, under case number CR11-408 RSM, on or about April 27, 2012; and;

b. *Felon in Possession of Firearm* and *Possession of a Controlled Substance,* in Santa Clara Superior Court, Santa Clara, California, under case number C1919182, on or about September 14, 2020.

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Springfield Armory XD-9 9mm caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about February 24, 2023, in King County, within the Western District of Washington, PHUONG NGUYEN LE did knowingly and intentionally possess, with the intent to distribute, controlled substances, namely: N-phenyl-N-[1-(2-phenylethyl) -4-piperidinyl] propenamide (fentanyl), methamphetamine, and heroin, substances controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

**(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)**

On or about February 24, 2023, in King County, within the Western District of Washington, PHUONG NGUYEN LE knowingly carried a firearm, that is: a Springfield Armory XD-9 9mm caliber pistol, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Possession of a Controlled Substance with Intent to Distribute,* as alleged in Count 2 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

And the complainant states that this Complaint is based on the following information:

I, Zane Davis, being first duly sworn on oath, depose and say:

Complaint – 2
*United States v. Phuong Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **INTRODUCTION**

1.      I am a Special Agent with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January 2022. I am currently assigned to the ATF Puget Sound Regional Crime Gun Task Force in Seattle, Washington. In this capacity, I enforce federal criminal laws relating to the unlawful possession, use and trafficking of firearms. I also investigate individuals who illegally use firearms to commit violent crimes.

2.      I received a Bachelor of Science degree in Law and Public Policy from Indiana University in Bloomington, Indiana. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrest for, offenses enumerated in Title 18, United States Code, Section 2516.

3.      I received training at the Federal Law Enforcement Training Center in Glynco, Georgia. While there, I completed the Criminal Investigator Training Program which provided me knowledge of basic criminal investigations, including systematic techniques for processing crime scenes, interviewing witnesses, gathering evidence, and conducting surveillance. Additionally, I have completed the ATF Special Agent Basic Training program at Glynco, Georgia, which included extensive training on firearms and ammunition identification, firearms trafficking, alcohol and tobacco diversion investigations, explosives and arson investigations, and undercover operations.

4.      This affidavit is made based upon my own personal knowledge and observations; my training and experience; information obtained from other agents, law enforcement officers, and witnesses; my review of documents and records related to this investigation; and my communications with others who have personal knowledge of the events and circumstances described herein. This affidavit is made for the purpose of

Complaint – 3
*United States v. Phuong Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

establishing probable cause for this Complaint and thus does not include each and every fact known to me concerning this investigation.

## SUMMARY OF PROBABLE CAUSE

*LE's Predicate Offenses*

5.      I reviewed court and law enforcement records related to PHUONG NGUYEN LE. I have determined that on April 27, 2012, LE was sentenced in United States District Court for the Western District of Washington for one count of *Distribution of Cocaine Base*, under case number CR11-408 RSM. In the judgment and commitment for that case, the court sentenced LE to 84 months in custody and four years of supervised release. Additionally, in September of 2020, LE was sentenced to two years of imprisonment in Santa Clara Superior Court, in Santa Clara, California for the offenses of *Felon in Possession of a Firearm* and *Possession of a Controlled Substance*, under case number C1919182.

*LE's Arrest on February 24, 2023*

6.      I have reviewed police reports and documents related the arrest of LE on February 24, 2023. According to the reports and documents I reviewed, on February 24, 2023, Seattle Police Department (SPD) officers were dispatched to the intersection of 10th Avenue South and South King Street in Seattle, Washington for a report of shots fired. Multiple individuals called 911 about the shots being fired. According to the Computer Aided Dispatch (CAD) log, the first of these calls came in at approximately 8:01 p.m.

7.      When officers arrived at the scene, witness A.A. stated that s/he witnessed a white, newer model Mercedes C Class sedan traveling westbound on South King Street. The vehicle stopped at South King Street and 10th Avenue South. A.A. said at this intersection the driver held a handgun out of the vehicle and began firing it into the air. A.A. said s/he saw the Mercedes flee the scene westbound on South King Street. SPD officers located several spent shell casings on South King Street in the east sidewalk of

Complaint – 4
*United States v. Phuong Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the 10th Avenue South intersection. Officers provided the direction of travel and the suspect vehicle description to radio.

8.    Other SPD patrol officers conducted an area check for the involved vehicle. According to the CAD log, officers observed a vehicle matching the description of the vehicle involved about ten minutes after the initial 911 call. The officers observed the vehicle, a white Mercedes C Class sedan with Washington license plate CCA8671, traveling approximately one-half mile from the shooting location. The officers followed the vehicle on Airport Way South, and initiated a traffic stop in the 700 block of Airport Way South. The driver, later identified by Washington state identification card as PHUONG NGUYEN LE, and front passenger R.W. were ordered from the vehicle and detained. While clearing the Mercedes for any additional occupants, officers observed in plain view, from the outside of the vehicle, a spent bullet shell casing on the front floorboard of the driver's side of the vehicle. Officers who were still at the shots fired scene transported A.A. to the vehicle location. A.A. confirmed that the Mercedes sedan stopped in the 700 block of Airport Way South was the same vehicle s/he saw earlier, where the driver fired rounds from the vehicle.

9.    Officers advised LE of his constitutional rights, which LE acknowledged. LE stated he understood his rights and agreed to speak with law enforcement. The detective informed LE that he was currently under arrest for *Drive-by Shooting* and that officers had located a spent shell casing on the driver's side floorboard of the sedan. LE confirmed he had bought the vehicle about a year ago and that he was the owner. The detective informed LE that his vehicle was going to be impounded pending a search warrant. The detective then told LE that if he consented for officers to search the vehicle, LE would be present during the search and that the vehicle would be released to LE's girlfriend, the passenger in the vehicle. LE declined to give the officers consent to search the vehicle.

Complaint – 5
*United States v. Phuong Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10.     The detective and officers on-scene discussed impounding the vehicle and who would draft the application for the search warrant. Body worn video from officers on-scene shows that as the detective began to walk back to his vehicle, LE spontaneously asked, "Can I say something, sir?" The detective returned to LE, and LE stated, without being questioned, "Yes, I did it." LE then acknowledged shooting a firearm from the vehicle. The detective asked if the officers could recover the firearm from the vehicle. LE said, "Yeah. Go ahead."

11.     Officers on scene completed an SPD consent to search form advising LE of his right to refuse consent, revoke consent, and limit the scope of the search. Officers also advised LE of the fact that evidence found during the search could be used against him. LE did not sign the form because he was handcuffed in police custody, but he verbally consented to the search of the vehicle.

12.     LE stood present outside of his vehicle as officers conducted a search. SPD officers seized the following items from the vehicle:

- a Springfield Armory XD-9 9mm caliber pistol, bearing serial number BY348001, with a round of ammunition in the chamber and loaded with a partially loaded magazine;

- an additional Springfield Armory 9mm caliber magazine loaded with ammunition;

- two spent bullet shell casings;

- approximately 83 grams of heroin (field-tested positive);

- approximately 135 grams of cocaine (field-tested positive);

- approximately 194 grams of suspected fentanyl powder;

- approximately 350 pills suspected to contain fentanyl;

- documents of dominion and control listing LE as the registered owner of the vehicle;

- multiple cloth zipper bags containing approximately $4,400 in mixed denominations;

Complaint – 6
*United States v. Phuong Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- various baggies;

- large amounts of handwritten names and phone numbers written on various documents; and

- A notebook containing names.

A photograph of the items recovered from LE's vehicle is pasted below.



13.     The controlled substances listed above were field tested and returned positive for the substances identified.

14.     During the search of the vehicle, LE stated to officers that he has a drug problem and that anything found in the vehicle belonged to him. The detective asked LE if the firearm that he was shooting belonged to him to which LE replied "yes," and that he had purchased it from an unknown male a few months ago.

15.     Upon completion of vehicle search, LE was transported to SPD headquarters and was again advised of his constitutional rights. At the SPD headquarters building, LE confirmed that he was the person shooting what he described as a 9mm pistol in the area of 10th Avenue South and South King Street. LE stated that he then

Complaint – 7
United States v. Phuong Le
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

drove away from the area in his Mercedes sedan and was stopped by officers on Airport Way South. LE also confirmed that the recovered narcotics from the vehicle search were his and his only and that he earned a living "hustling" to make ends meet.

*Interstate Nexus Examination of the Firearm*

16.    On March 7, 2023, ATF Special Agent Catherine Cole, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, physically and visually examined a Springfield Armory XD-9 9mm caliber pistol, bearing serial number BY348001, which was recovered from LE's vehicle.

17.    Special Agent Cole determined that the Springfield Armory XD-9 9mm caliber pistol, bearing serial number BY348001, was not manufactured in the State of Washington. Based upon her experience, knowledge, and research, it is also Special Agent Cole's opinion that the above-listed firearm meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3). Furthermore, it is Special Agent Cole's opinion that, because the above-listed firearm was not manufactured in the State of Washington, it therefore must have traveled in, and thereby affected, interstate commerce if it was received or possessed in the State of Washington.

18.    According to King County Superior Court records, the King County Prosecuting Attorney's Office charged LE with Unlawful Possession of a Firearm in the Second Degree, Violation of the Uniform Controlled Substances Act, and Unlawful Discharge of a Firearm or Dangerous Weapon under cause number 23-1-00469-4 SEA. LE was scheduled for arraignment on March 15, 2023. According to the King County Superior Court Clerk's Minutes for March 15, 2023, LE failed to appear and the court confirmed a bench warrant.

19.    According to the King County Department of Adult and Juvenile Detention website, LE was booked into custody on March 26, 2023. The website shows LE remained in custody in King County as of April 18, 2023.

Complaint – 8
*United States v. Phuong Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **CONCLUSION**

20.     Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that PHUONG NGUYEN LE committed the offenses of *Unlawful Possession of a Firearm*, in violation of Title 18, United States Code, Section 922(g)(1); *Possession of a Controlled Substance with Intent to Distribute*, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B); and *Carrying a Firearm During and in Relation to a Drug Trafficking Crime*, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Zane Davis
Digitally signed by Zane Davis
Date: 2023.04.18 15:48:21 -07'00'

ZANE DAVIS, Complainant
Special Agent, ATF

Based on the Complaint and Affidavit sworn to me by telephone, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

DATED this 19th day of April, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint – 9
*United States v. Phuong Le*
USAO No. 2023R00308

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970